UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Federico and Company LLC d/b/a M&W Suppliers,

                Plaintiff,

-against-

Zurich General Insurance Malaysia Berhad,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/26/2023_

23 Civ. 4411 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On May 30, 2023, the Court ordered the parties to submit a joint letter and proposed case management plan by July 24, 2023. ECF No. 4. Those submissions are now overdue. To date, Plaintiff has not filed proof of service on Defendant, and Defendant has not appeared in this action. Accordingly, by **August 25, 2023**, the parties shall submit their joint letter and proposed case management plan, or Plaintiff shall advise the Court of its intentions with respect to the continuation of this action.

      SO ORDERED.

Dated: July 26, 2023
       New York, New York

                                                ANALISA TORRES
                                        United States District Judge