

546 Fifth Avenue, New York, New York 10036
Tel (212) 681-1575  Fax (212) 681-1574
www.belluckfox.com

**By ECF and E-Mail**                                         August 31, 2023
The Hon. Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007
(212) 805-0238
SubramanianNYSDChambers@nysd.uscourts.gov

      Re:    *Federico and Company LLC d/b/a M&W Suppliers v. Zurich General Insurance Malaysia Berhad, Case No. 23 Civ. 04411 (AS)*

Dear Judge Subramanian:

    Federico and Company LLC d/b/a M&W Suppliers ("M & W Suppliers") respectfully requests that the in-person initial conference in this matter currently scheduled for September 8, 2023 be adjourned to September 20 or 21.  The reason for this request is that M&W Suppliers' attorneys have previously scheduled obligations on September 8, 2023.  This is the first request for an adjournment in this matter and the proposed adjournment will not affect any other scheduled appearances or deadlines.

    All parties consent to this request for an adjournment.  Zurich General Insurance Malaysia Berhad's consent to the request for adjournment was given on a without-prejudice basis and under full reservation of all rights and defenses, whether arising under the Policy, at law or otherwise, including but not limited to its F.R.C.P. Rule 12 defenses of, *inter alia*, lack of personal jurisdiction.

    We thank the Court for its courtesies.

                                                Respectfully Submitted,

                                               */s/  Uri Litvak*
                                               Uri Litvak, Lead Trial Counsel
                                             **Litvak Law Group**
                                             30 Wall Street, 8th Floor
                                             New York, New York 10005
                                             Tel.: 646) 661-4513
                                             ulitvak@litvaklawgroup.com

**The initial pretrial conference is rescheduled for September 27, 2023 at 10:30 AM. If counsel for Defendant Zurich General Insurance Malaysia Berhad is located outside of New York, they may request for the conference to take place remotely.**

**The Clerk of Court is directed to terminate the motion at ECF No. 13.**

**SO ORDERED.**

**Arun Subramanian, U.S.D.J.**
**Date: August 31, 2023**

/s/ Daniel Belzil

Daniel R. Belzil
**Belluck & Fox, LLP**
546 Fifth Avenue, 5th Floor
New York, NY 10036
Tel.: (212) 681-1575
dbelzil@belluckfox.com

*Attorneys for Plaintiff Federico and Company LLC d/b/a M&W Suppliers*