UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERICO AND COMPANY LLC D/B/AM&W SUPPLIERS,<br><br>                        Plaintiff,<br><br>-against-<br><br>ZURICH GENERAL INSURANCEMALAYSIA BERHAD,<br><br>                        Defendant. | 23-CV-4411 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      Prior to the initial pretrial conference scheduled for September 27, 2023 at 10:30 AM, Plaintiff is hereby ORDERED to file a declaration or affidavit attesting:

1. Whether CMJ Medical Supplies, LLC is registered or authorized to do business in New York.

2. Whether CRY Respond Sdn Bhd. is registered or authorized to do business in New York.

      SO ORDERED.

Dated: September 26, 2023
       New York, New York

                                                                ARUN SUBRAMANIAN
                                                             United States District Judge