

Clyde & Co US LLP
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
United States
Telephone: +1 212 710 3900
Facsimile: +1 212 710 3950
www.clydeco.com

> Defendant's request is GRANTED. The conference is hereby rescheduled to **December 7, 2023 at 2:30 PM**.
>
> The Clerk of Court is directed to terminate the motion at ECF No. 30.
>
> SO ORDERED.
>
> Arun Subramanian, U.S.D.J.
> Date: November 6, 2023

November 6, 2023

**By ECF**
Hon. Arun Subramanian
District Judge
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007

      **Re:**    *Federico and Company LLC d/b/a M&W Suppliers v. Zurich General Insurance Malaysia Berhad*, Case No. 23 Civ. 04411 (AS)

Dear Judge Subramanian:

      We represent defendant Zurich General Insurance Malaysia Berhad ("Zurich Malaysia") in the above-referenced matter. We write to respectfully request that the in-person hearing on Federico and Company LLC d/b/a M&W Suppliers' ("Plaintiff") Motion to Require Defendant to Post a Bond [Dkt. 28] scheduled for November 29, 2023 at 2:30 PM, be adjourned to the week of December 4 – 8, 2023, or to a date thereafter that is convenient for the Court. The reason for this request is that counsel to Zurich Malaysia has a pre-existing work obligation and will be traveling internationally during the week of November 27, 2023, and unavailable to attend the conference. Counsel to Plaintiff have consented to this request for an adjournment. The parties have not previously requested an adjournment of the hearing on Plaintiff's Motion to Require Defendant to Post a Bond. The proposed adjournment will not affect any other scheduled appearances or deadlines. The Parties' next scheduled appearance before the Court is the November 29, 2023 hearing, and Zurich Malaysia's Response to Plaintiff's Motion to Require Defendant to Post a Bond is due on November 17, 2023.

      We thank the Court for its time and attention to this matter.

11718542

Clyde & Co US LLP is a Delaware limited liability partnership with offices in
Atlanta, Boston, Chicago, Denver, Las Vegas, Los Angeles, Miami, New Jersey, New York, Orange County, Phoenix, San Francisco and Washington D.C.
Clyde & Co US LLP is affiliated with Clyde & Co LLP, a limited liability partnership registered in England and Wales.

Hon. Arun Subramanian
November 6, 2023
Page 2



Respectfully submitted,

*/s/ Corey R. Greenwald*
Corey R. Greenwald
Clyde & Co US LLP
The Chrysler Building
405 Lexington Avenue, 16th Floor
New York, NY 10174
Tel.: (212) 710-3900
CoreyR.Greenwald@clydeco.us

11718542