The hearing is rescheduled to **February 15, 2024 at 4:30 PM**. Zurich Malaysia should file any response no later than February 14, 2024 at 12 PM. The Clerk of Court is directed to terminate the motion at ECF No. 49.

SO ORDERED.

*/s/ Arun Subramanian*
Arun Subramanian, U.S.D.J.
Date: February 2, 2024



Clyde & Co US LLP
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
United States
Telephone: +1 212 710 3900
Facsimile: +1 212 710 3950
www.clydeco.com

February 2, 2024

**By ECF**
The Hon. Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007
(212) 805-0238

      Re:   *Federico and Company LLC d/b/a M&W Suppliers v. Zurich General Insurance Malaysia Berhad*, Case No. 23 Civ. 04411 (AS)

Dear Judge Subramanian:

      We represent Zurich General Insurance Malaysia Berhad ("Zurich Malaysia") in the above-captioned matter. We write to respectfully request that the virtual hearing on Federico and Company LLC d/b/a M&W Suppliers' ("M&W Suppliers") Motion to Strike [Dkt. 44] scheduled for February 6, 2024 at 1:00 PM, be adjourned to the week of February 12 – 16, 2024, or to a date thereafter that is convenient for the Court and that the deadline for Zurich Malaysia's response to M&W Supplier's motion be set for 5:00 p.m. EST on the day prior to hearing. The reason for this request is that counsel to Zurich Malaysia has a pre-existing work obligation and will be traveling internationally during the week of February 5, 2024, and will be unavailable to attend the conference. The proposed adjournment will not affect any other scheduled appearances or deadlines. All parties consent to this request for an adjournment.

      We thank the Court for its time and attention to this matter.

      Respectfully submitted,

      */s/ Corey R. Greenwald*
Corey R. Greenwald
Clyde & Co US LLP
The Chrysler Building
405 Lexington Avenue, 16th Floor
New York, NY 10174
Tel.: (212) 710-3900
CoreyR.Greenwald@clydeco.us

11718542

Clyde & Co US LLP is a Delaware limited liability partnership with offices in
Atlanta, Boston, Chicago, Denver, Las Vegas, Los Angeles, Miami, New Jersey, New York, Orange County, Phoenix,
San Francisco and Washington D.C.
Clyde & Co US LLP is affiliated with Clyde & Co LLP, a limited liability partnership registered in England and Wales.