UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FEDERICO AND COMPANY LLC d/b/a M&W SUPPLIERS,

            Plaintiff,

-against-

ZURICH GENERAL INSURANCE MALAYSIA BERHAD,

            Defendant.

23-CV-4411 (AS)

ORDER

---

ARUN SUBRAMANIAN, United States District Judge:

    For the reasons stated on the record at the conference on May 9, 2024, the discovery deadlines are extended as follows:

- Close of document discovery: May 24, 2024
- Close of fact discovery: July 26, 2024
- Summary judgment briefs due: August 26, 2024
- Opposition briefs due: September 23, 2024
- Reply briefs due: October 7, 2024

    In addition, no later than May 24, 2024, Lead Trial Counsel must verify, and then certify, that the party they represent has conducted a comprehensive and good faith search for the documents requested and that all responsive documents have been produced.

    SO ORDERED.

Dated: May 9, 2024
       New York, New York

                                  ARUN SUBRAMANIAN
                                  United States District Judge